1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**
CLERK, U.S. DISTRICT COURT

4/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ZAMAGNI,

                    Petitioner,

          v.

L.S. McEWEN, WARDEN,

                    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-655 FMO(JC)

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

          IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on petitioner and counsel

3   for respondent.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: April 22, 2015

7

8   _____/s/_____

9   HONORABLE FERNANDO M. OLGUIN
    UNITED STATES DISTRICT JUDGE

2