JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

4/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ZAMAGNI,                          )   Case No. CV 12-655 FMO(JC)
                                         )
                    Petitioner,          )   JUDGMENT
                                         )
          v.                             )
                                         )
L.S. McEWEN, WARDEN,                     )
                                         )
                    Respondent.          )
_____  )

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.


    DATED: April 22, 2015


                    _____/s/_____
                    HONORABLE FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE